IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CALVIN ELLIS                                                                                            PLAINTIFF

V.                                                                           CIVIL ACTION NO.: 1:12-CV-234-SA-DAS

TUPELO PUBLIC SCHOOL DISTRICT                                                              DEFENDANT

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Presently before the Court is Defendant's Motion for Summary Judgment [29]. For the reasons set forth in a Memorandum Opinion entered this day, the Court finds that Plaintiff's breach of contract, tortious breach of contract, and procedural due process claims are barred by the doctrine of res judicata, while the merits of his equal protection and tortious interference claims fail as a matter of law. Accordingly, Defendant's Motion for Summary Judgment [29] is granted. This cause remains open with respect to Defendant's Motion for Sanctions [9], and the Court declines to enter final judgment at this time.

SO ORDERED, this the 31st day of March, 2014.

/s/ Sharion Aycock
**U.S. DISTRICT JUDGE**